# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:16-CR-245** |
| vs. | |
| **DASHAWN HOWARD** | **JUDGE MARBLEY** |
| Defendant. | |

## NOTICE OF APPEARANCE

Noah Litton, Assistant United States Attorney, Southern District of Ohio, hereby gives notice to the Court and to counsel for Defendant, Dashawn Howard, that Noah Litton is entering an appearance as lead counsel for the United States of America, in the above captioned case, and requests that service of all papers filed in this action be made upon him at the following address:

Noah Litton
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, OH 43215

Respectfully submitted,

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

s/ Noah Litton
NOAH LITTON (0090479)
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served this 26th day of August, 2019, electronically, on counsel for defendant, Dashawn Howard.

s/ Noah Litton
NOAH LITTON
Assistant United States Attorney